IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**OUMAR HASSANE,**

    Plaintiff,

vs.                                No. 1:12-CV-01070 KG/LFG

**RALPH DORRANCE, RUSSELL VOSS,
and TWG TRANSPORTATION, INC.,**

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss pursuant to FED. R. CIV. P. 41, and the Court being fully advised in the premises, finds good cause therefore.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the above-captioned cause of action is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted and Approved By:

WILL FERGUSON & ASSOCIATES

*Approved via email on November 13, 2013*

Frank V. Balderrama
1720 Louisiana Blvd. NE
Albuquerque, New Mexico 87110
Telephone:  (505) 243-5566
frank@fergusonlaw.com
*Attorneys for Plaintiff*


LAW OFFICES OF BRUCE S. MCDONALD

 */s/ Bruce S. McDonald*
Bruce S. McDonald
Sean E. Garrett
211 Twelfth Street NW
Albuquerque, New Mexico 87102
Telephone:  (505) 254-2854
BSMlegal@aol.com
*Attorneys for Defendants Russell Voss
and TWG Transportation, Inc.*

2